IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANDRE C. LOWRY, )
    Petitioner, )
 )
v. ) Civil Action No. 11-165
 )
MICHAEL WENERONICZ, ET AL., )
    Respondents. )

ORDER

Petitioner Andre C. Lowry has appealed the non-dispositive text order, dated March 29, 2011, entered by Chief United States Magistrate Judge Lisa Pupo Lenihan [document #23]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 15th day of April, 2011, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, C.J.

cc: The Honorable Lisa Pupo Lenihan,
    Chief United States Magistrate Judge

    All parties of record