AND NOW, THIS 27th DAY OF April 2011, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.

GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

2011 APR 27 AM 10:59

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Andre C. Lowry, Petitioner :Civil Action No.
:
v. :
:
M. Weneronicz, Respondent :Chief Judge
Attorney General Of Pennsylvania :Gary L. Lancaster
District Attorney Of Allegheny :
County, Additional Respondents :

**RECONSIDERATION OF CHIEF JUDGE LANCASTER'S ORDER AFFIRMING THE DENIAL OF THE STAY AND ABEYANCE MOTION, DATED: 4/15/11**

AND NOW, comes, Andre C. Lowry respectfully requesting Chief Judge Lancaster to reconsider his order affirming the denial of Motion for a Stay.

Judge Lancaster in his order states that Magistrate Judge Lenihan was not clearly erroneous nor contrary to law.

Petitioner respectfully disagrees.
The Surpreme held in Rhines v. Weber, 125 S.Ct. 1528, 544 U.S. 269 (U.S. 2005), that "Under the "doctrine of comity", one court should defer action on causes properly within its jurisdiction until the courts of another sovereignty with concurrent powers, and already cognizant of the litigation, have had an opportunity to pass upon the matter."

Petitioner asserts that the pending appeal before the Superior Court of Pa. western district is and will be entertained because of the statutory presumptions implied in the post conviction (PCRA) 9543(a)(2)(viii) statute. That statute clearly states that a tribunal acting without jurisdiction can and will be heard. Commonwealth v. Williams, 442 Pa. Super. 590, 660 A.2d 614, 618 (1995).